are not disposed to attribute to the incident the significance claimed for it by appellant, especially in view of the fact that sentencing judges do, and are entitled to, take into account a wide range of facts and impressions gleaned from a variety of sources.

The case is remanded for further proceedings not inconsistent herewith.

## JUDGMENT

PER CURIAM.

This case came on to be heard on the record on appeal from the United States District Court for the District of Columbia, and was argued by counsel.

On consideration whereof, and this court being in general agreement with the excellent opinion filed by the District Court in this case,

It is ordered and adjudged by this court that the judgment of the District Court appealed from in this case be, and it is hereby, affirmed.

---

**Elizabeth DE GASTER, Joseph Philips and George Philips, individually, and as administrator with the will Annexed, of the Estate of Philip Philips, deceased, and of the Estate of Adolph Philips, deceased, respectively, Appellants,**

**v.**

**Henry H. FOWLER, as Secretary of the Treasury of the United States of America, Appellee.**

**No. 19367.**

United States Court of Appeals District of Columbia Circuit.

Nov. 23, 1965.

Mr. Samuel Herman, with whom Mr. William H. Collins, Washington, D. C., was on the brief, for appellants.

Mr. John C. Eldridge, Attorney, Department of Justice, with whom Asst. Atty. Gen. John W. Douglas, Mr. John C. Conliff, Jr., U. S. Atty. at the time the brief was filed, and Mr. Morton Hollander, Attorney, Department of Justice, were on the brief, for appellee.

Before WRIGHT, TAMM and LEVENTHAL, Circuit Judges.

---

**Alec C. LEVIN**
**and**
**Oswald E. Roggenkamp, Appellants,**

**v.**

**JOINT COMMISSION ON ACCREDITATION OF HOSPITALS, Appellee.**

**Alec C. LEVIN**
**and**
**Oswald E. Roggenkamp, Appellants,**

**v.**

**DOCTORS HOSPITAL, INC., Appellee.**

**Nos. 19006, 19007.**

United States Court of Appeals District of Columbia Circuit.

Argued June 2, 1965.

Decided Dec. 8, 1965.

Petition for Rehearing En Banc Denied Jan. 18, 1966.